**Order filed November 10, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00564-CV**
_____

**RAMESH KAPUR, Appellant**

**V.**

**NANIK BHAGIA, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-12994**

## O R D E R

The clerk's record was filed September 28, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain "Notice of Appeal Pending Ruling to Reinstate" filed May 4, 2022.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before November 21, 2022, containing the above listed document.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.